AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>Historical Cell-Site Location Information Associated with<br>Cellular Telephone Assigned Call Number 336-504-6576<br>That is Stored at T-Mobile USA | )<br>)<br>)  Case No. 6:25 cr 08<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to the Affidavit submitted in support of this application.

located in the _____ District of _____ South Carolina _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the Affidavit submitted in support of this application.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(a)(6) | knowingly making a false statement in connection with the purchase of a firearm |

The application is based on these facts:
**See attached affidavit**

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Jordan B. Lemons, Task Force Officer, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ Telephone _____ *(specify reliable electronic means)*.

Date: 3/27/23

_____
*Judge's signature*

City and state: Greenville, South Carolina

Kevin F. McDonald, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br>Historical Cell-Site Location Information<br>Associated with Cellular Telephone Assigned<br>Call Number 336-504-6576, That Is Stored at<br>Premises Controlled by T-Mobile, USA, 4<br>Sylvan Way, Parsippany, New Jersey 07054 | Case No. _____ |

## AFFIDAVIT IN SUPPORT OF A SEARCH
## AND SEIZURE WARRANT

I, Jordan B. Lemons, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I submit this affidavit in support of an application for a search warrant for information associated with a certain cellular telephone assigned call number 336-504-6576 (the "Subject Phone"), that is stored at premises owned, maintained, controlled, or operated by T-Mobile, USA, hereinafter referred to as "T-Mobile," a wireless telephone service provider, headquartered at 4 Sylvan Way, Parsippany, New Jersey 07054.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(c)(1)(A) to require T-Mobile to disclose to the government copies of the information further described in Section I of Attachment B (generally speaking, historical geo-location information).  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

2.      I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and the High Point Police Department.  I have been sworn with the ATF since June 2, 2022.  I completed B.L.E.T training at Guilford Technical Community College and

graduated from there in 2010. I began my law enforcement career with the Forsyth County Sheriff's Office and worked there from August 2010 until January 2016. In my capacity as a detective with the Forsyth County Sheriff's Office, I investigated narcotics and other criminal cases of all kinds. I am currently employed by the High Point Police Department and have been since February 2017. I have attended Search Warrant Writing School, Police Law Institute, Narcotics Investigations, Basic and Advanced Gang Investigations, and other similar North Carolina state accredited schools. Since January 2022, I have worked as a detective in the Strategic Intelligence Unit of the High Point Police Department. I was assigned to the ATF as a Task Force Officer learning federal laws and enforcement.

3.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.     Based on my training and experience and the facts as set forth herein, I respectfully submit there is probable cause to believe that a violation of 18 U.S.C. § 922(a)(6) (knowingly making a false statement in connection with the purchase of a firearm) has been committed by Tyrone Lucharia Jones Jr. ("Jones") and that the requested location information related to the Subject Phone will result in evidence of such violation.

2

**PROBABLE CAUSE**

5.     On May 11, 2022,[1] I obtained the Firearms Trace Summary[2] for a Glock 20 (serial number: BWTC986) that was used in a homicide on May 10, 2022. The trace summary showed that this firearm was purchased by Tyrone Jones Jr. and later seized from Zyicoren Antonio Little, who was charged with the homicide. The firearm was purchased on April 2, 2022, at SC Gun Company LLC in Greer, South Carolina. The time between purchase and crime was 38 days, meaning that the firearm was purchased only 38 days before it was linked to a homicide.

6.     I contacted SC Gun Company LLC by phone, and they provided copies of the transaction documents, including the Firearm Transaction Record (ATF 4473). During the conversation, SC Gun Company LLC management reported that another black male and two black females were present at the purchase with Jones. One of the male's descriptions matched that of Zyicoren Antonio Little. No camera footage was available from this transaction.

7.     The SC Gun Company LLC is a federal firearms licensee (FFL) with FFL Number 1570226. The ATF 4473 received from SC Gun Company LLC for April 2, 2022, at 3:21 PM, said that Tyrone Lucharia Jones Jr. purchased the Glock 20. Records also reveal that Jones purchased a Glock 48 bearing serial number BWMP018.

8.     On the ATF 4473 Form provided by SC Gun Company LLC from Jones's transaction on April 2, 2022, section B, block 10, asks for "Current State of Residence and Address," and Jones provided 5622 White Creek Road, Wallace, SC 29596. Further under section

---

[1] I am currently an ATF Task Force Officer, but I was not sworn until June 2, 2022. In May, I was working this case as a Detective with the High Point Police Department during the background phase of the ATF TFO process.

[2] A firearms trace form is designed to provide investigative leads to law enforcement by linking a suspect to a firearm in a criminal investigation, identifying illegal firearms traffickers, and identifying trends and patterns in the flow of illegal firearms.

B, the form states, "I certify that my answers in Section B are true, correct, and complete. I have read and understand the notices, instructions, and definitions on ATF Form 4473." The form ends with "I also understand that making any false oral or written statement or exhibiting any false or misrepresented information with respect to this transaction is punishable as a felony under Federal Law, and may violate State and/or Local Law."

9.      According to the ATF Form 4473 from SC Gun Company LLC, Jones also provided a South Carolina identification card issued March 23, 2022. A copy was included in the transaction paperwork from SC Gun Company LLC. The photograph on the card matched Jones' appearance from my contact with him.

10.      On May 15, 2022, I contacted Jennifer Faulkenberry with Stromberg Investments, the landlord of 5622 White Creek Road, Wallace, SC 29596, by phone. Ms. Faulkenberry advised that nobody by the name of Tyrone Jones has lived at the residence and the residence was vacant as of April 2, 2022. According to Ms. Faulkenberry, the previous tenants lived at this location from March 1, 2020, until April 2, 2022. She said the previous tenants were Jesse Ford (co-signer and Robert Ford's Father),[3] Robert Ford (Jones's uncle), and Careatha Brunson (Jones's aunt).

11.      Using ETrace ATF software, I determined Jones had also purchased two firearms on May 6, 2022. On May 6, 2022, Jones purchased two handguns from Doc's Gun Exchange in Florence, South Carolina.

12.      I contacted Doc's Gun Exchange by phone, and they provided copies of the transaction documents, including the Firearm Transaction Record (ATF 4473). Doc's Gun Exchange is a FFL with FFL Number 15701596. The Firearm Transaction Record (ATF 4473) received from Doc's Gun Exchange for May 6, 2022, at 2:51 PM, said that Tyrone Lucharia Jones

---

[3] When interviewed, Jesse Ford said he had never lived at the residence but he did co-sign for it.

Jr. purchased two handguns, a Taurus 856 (serial number: ADA872802) and a Heritage BK221BHWBRNZ (serial number: 3PH181122). According to the documentation, when he purchased the firearms, Jones provided the address of 5622 White Creek Road, Wallace, SC 29596. While Jones did not provide his SC Real ID at this transaction, his SC DMV number was written on the form in Section 26a (SC ID number 106442071). The number matched the ID provided to SC Gun Company LLC; it also matched the copy I have in my records of the SC ID Jones possessed and applied for as described in paragraphs 15 and 16 below.

13.    On the ATF 4473 Form provided by Doc's Gun Exchange from Jones's transactions on May 6, 2022, section B, block 10, asks for "Current State of Residence and Address," and Jones provided 5622 White Creek Road, Wallace, SC 29596. Further, under section B, the form states, "I certify that my answers in Section B are true, correct, and complete. I have read and understand the notices, instructions, and definitions on ATF Form 4473." The form ends with "I also understand that making any false oral or written statement or exhibiting any false or misrepresented information with respect to this transaction is punishable as a felony under Federal Law, and may violate State and/or Local Law."

14.    Doc's Gun Exchange also mailed me a copy of the business camera footage. I received the footage, reviewed it, and observed Tyrone Jones Jr. complete the transaction within the time frame of 2:04 PM and 3:07 PM.

15.    On May 17, 2022, I requested information from the South Carolina DMV (SCDMV) for the Real ID of Jones and the ID used for the purchases. A request was sent to the SCDMV by letterhead and email.

16.    SCDMV emailed me a copy of Jones's application for a Real ID. The application included items of mail to prove residency. Jones provided his T-Mobile bill for proof of residency,

which showed the 5622 White Creek Road, Wallace, South Carolina address as his mailing address. The bill is for the account number of 970638697 and the phone number of **336-504-6576** (which is the Subject Phone). The bill date range was January 18, 2022, until February 17, 2022. The name on the bill and account holder was listed as Tyrone Jones Jr.

17.    To apply for his SC DMV, Jones also provided a Greenville Casualty Insurance Company/HIX Insurance Center bill with the address of 5622 White Creek Road, *Raleigh, NC 29596.* I determined this is not a real address in Raleigh, North Carolina, after checking tax records and different public source websites.

18.    I found several discrepancies on Jones's application to the SCDMV for a Real ID. On the question of "Do you have, or have you ever had an ID, beginner permit, Driver's License, or moped license from another state or country?" JONES replied no, yet he has a valid North Carolina Driver's License (NC OLN 37982616). Upon reviewing North Carolina DMV records, Jones had his first identification in North Carolina issued on August 5, 2013.

19.    In the section of his residence, JONES put NC but scratched it out and changed it to SC.

20.    In addition, on May 18, 2022, I spoke with Mr. Robert Ford by phone, who is the uncle of Tyrone Jones Jr. and the previous resident of 5622 White Creek Road, Wallace, SC 29596. He said Jones is his nephew, and his wife is Jones's aunt. I did not speak with Mrs. Ford. Mr. Ford stated Jones has never lived with him at the White Creek Road address. Ford said that Jones got some mail sent to that address, and he would come pick it up. He said he and his wife moved out of the residence on approximately April 22, 2022,[4] and that the residence has been vacant since

---

[4] I note that Mr. Ford offered this as the approximate timeframe, which was slightly different from the date provided to me by the landlord.

that date. Mr. Ford stated he has since moved to another city in South Carolina and has not heard from Jones since his move.

21.     I contacted Tyrone Jones Jr. on May 18, 2022, at **336-504-6576** (the Subject Phone). Throughout my investigation I have communicated with Jones through this phone number. We have communicated by calls at least five times and he has sent text messages at least seven times. These interactions were from May 18, 2022, until May 23, 2022.

22.     I interviewed Jones at the High Point Police Department (1730 Westchester Dr., High Point, NC 27260) at 8:19 AM on May19, 2022. The interview was completed on video and audio recording. I read him his rights and he waived his *Miranda* rights, agreeing to speak with me without counsel present.

23.     On the *Miranda* rights waiver form, Jones listed his address as 1308 Vernon Place, High Point, North Carolina.[5] I followed up by asking him where he is currently residing. He provided the address of 210 S Scientific Street, High Point, North Carolina. He said that he and his girlfriend have lived together there for the last couple months. I asked if he lived at 210 S Scientific Street in March 2022, and he replied yes. I asked if he has resided anywhere else since March, and he said no. Jones said he purchased the Glock 20 bearing serial number BWTC986 in South Carolina on April 2, 2022.

24.     Jones said Little was present at the gun store with him when he purchased two handguns, one being the Glock 20. Jones said he sold the gun to Little for $700.00. Little was not

---

[5] On August 3, 2021, at SCB Guns in Thomasville, North Carolina, Jones used the address of 1308 Vernon Place, High Point, North Carolina. During six other purchases (March 26, 2019, March 27, 2019, May 10, 2019, September 27, 2019, October 14, 2019, and April 2, 2021), Jones used the address of 1306 Vernon Place at numerous other North Carolina gun stores in High Point, Greensboro, Sanford, and Thomasville. Tyrone Jones Sr., Jones's father, owns the residences at 1306 and 1308 Vernon Place.

a felon at the time of the purchase. Jones provided a bill of sale and pistol permit issued to Little from the Guilford County Sheriff's Office. The transaction date on the bill of sale showed April 20, 2022. Jones claimed he was driving to work when he heard that Little was arrested for the homicide and knew right away that he was in trouble because the gun was probably his.

25.    I began asking questions about why he is purchasing handguns in South Carolina if he is a resident of North Carolina. Jones claimed he bounces around and has a South Carolina identification. I had the application for his South Carolina identification present during the interview. I asked why he used the 5622 White Creek Road, Wallace, SC address. He said he lived there "off and on" four months ago with his Uncle "Trey," who is Robert Ford, and his Aunt Careatha Jones. I told Jones that I had spoken to his aunt and uncle, and his uncle claimed Jones never lived there and only used their address for mail randomly. He said he does not know why they would say that.

26.    I then went through the application. I asked why he answered no to "Do you have, or have you ever had an ID, beginner permit, Driver's License, or moped license from another state or country?" Jones said he was confused on the question.

27.    Jones provided me both his North Carolina Driver's License and his South Carolina Identification. I made copies of both with his consent. Jones admitted that he has had either a North Carolina Driver's license or identification since before he was eighteen years old.

28.    I then asked Jones why he gave his insurance company the address of "5622 White Creek Rd, Raleigh, NC 29596" when that is not a real address. Jones could not answer that question.

29.    I then summarized his addresses and time frames. Jones reiterated that he has lived with his girlfriend at 210 S Scientific Street, High Point, North Carolina, since March 2022 and at

no other address. He admitted that he obtained a South Carolina Identification on March 23, 2022, while living at the Scientific Street address in High Point, North Carolina.

30.     After receiving this information, I confirmed that **336-504-6576** (the Subject Phone) is a mobile number carried by T-Mobile. On June 1, 2022, I submitted a request to T-Mobile for the preservation of records related to mobile number **336-504-6576** (the Subject Phone).

31.     Based on the above, I respectfully submit there is probable cause to believe the Subject Phone will contain evidence of a crime because it will help reveal whether Jones was present in South Carolina for extended periods of time before and while applying for a South Carolina ID. This information will help determine whether Jones was residing in South Carolina as he claimed on the ATF Form 4473 when he purchased firearms in South Carolina.

## HISTORICAL CELLULAR TELEPHONE RECORDS

32.     In my training and experience, I have learned that T-Mobile is a company that provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than

9

other types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

33.     Based on my training and experience, I know that T-Mobile can collect cell-site data about the Subject Phone. I also know that wireless providers such as T-Mobile typically collect and retain cell-site data pertaining to cellular phones to which they provide service in their normal course of business in order to use this information for various business-related purposes.

34.     Based on my training and experience, I know that wireless providers such as T-Mobile typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service. I also know that wireless providers such as T-Mobile typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the approximate location of the Subject Phone's user on, before, and after the time of the offenses.

## AUTHORIZATION REQUEST

35.     Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. §§ 2703(c)(1)(A) and Federal Rule of Criminal Procedure 41.

36.     I further request that the Court direct T-Mobile to disclose to the government any information described in Section I of Attachment B that is within its possession, custody, or control. Because the warrant will be served on T-Mobile who will then compile the requested

records at a time convenient to it, reasonable cause exists to permit the execution of the requested

warrant at any time in the day or night.

Respectfully submitted,

Jordan B. Lemons
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn and subscribed before me this __27__ day of March, 2023.

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me
via reliable electronic means (telephone), was placed under oath, and attested to the contents of
this written affidavit.

The Honorable Kevin F. McDonald
United States Magistrate Judge
District of South Carolina

11

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the certain cellular telephone assigned call number **336-504-6576** ("the Account"), that is stored at premises owned, maintained, controlled, or operated by T-Mobile, USA, a wireless telephone service provider, headquartered at 4 Sylvan Way, Parsippany, New Jersey 07054 ("the Provider").

## ATTACHMENT B

### Particular Things to be Seized

**I.    Information to be disclosed by T-Mobile, USA**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider (T-Mobile), including any information that has been deleted but is still available to T-Mobile or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), T-Mobile is required to disclose to the government the following information pertaining to a certain cellular telephone assigned call number **336-504-6576** (the Account), as more fully described in Attachment A, for the time period January 1, 2022 until June 1, 2022:

    a.  The following information about the customer(s) or subscriber(s) of the Account:

        1.  Names (including subscriber names, user names, and screen names);

        2.  Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

        3.  Local and long distance telephone connection records;

        4.  Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

        5.  Length of service (including start date) and types of service utilized;

        6.  Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International

1

Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

1. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (i.e., call detail records), email addresses, and IP addresses); and

2. **information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received.**

The Provider is hereby ordered to disclose the above information to the government within 14 DAYS of service of this warrant.

2

**II.    Information to be Seized by the Government**

All information described above in Section I that constitutes evidence of violations of 18 U.S.C. § 922(a)(6) for knowingly making a false statement in connection with the purchase of a firearm involving Tyrone Lucharia Jones Jr. and T-Mobile number 336-504-6576 during the period between January 1, 2022, to June 1, 2022, in the form of the following:

(a)    Records and information referencing or revealing the geographic location of the cellular device before, during, and after the crimes under investigation; and

(b)    Records and information referencing or revealing the identity of the person who created the account associated with the cellular device and the identity of the person who used the cellular device during the time period under investigation.

3